UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN RUSSO,<br><br>Plaintiff,<br><br>v.<br><br>DAVID LIVINGSTON, et al.,<br><br>Defendants. | Case No. 25-cv-08884-AMO (PR)<br><br>**ORDER GRANTING PLAINTIFF A SECOND EXTENSION OF TIME TO FILE COMPLETED *IN FORMA PAUPERIS* APPLICATION & TERMINATING AS MOOT PREVIOUSLY-FILED IFP MOTION**<br><br>Re: Dkt. No. 8 |

Plaintiff Justin Russo, a state prisoner, filed the instant civil rights action pursuant to 42 U.S.C. § 1983, representing himself. On October 17, 2025, the Clerk of the Court sent Russo a notice informing him that his action could not go forward because he had not filed a completed prisoner's *in forma pauperis* ("IFP") application. Dkt. 2. The Clerk provided him with a blank IFP application form, along with a return envelope, instructions, and a notification that he must either pay the full filing fee or return the completed IFP application within twenty-eight days, or his action would be dismissed. *Id.*

On November 12, 2025, Russo filed his IFP application. Dkt. 8. However, his IFP application is incomplete because he did not include a copy of his prisoner trust account statement for the previous six months. Thus, Russo failed to comply with the Clerk's notice requiring either a completed IFP application or payment of the full filing fee by the twenty-eight-day deadline, which had since passed. However, Russo informed the Court that he had been transferred to North Kern State Prison ("NKSP"). Dkt. 28.

On April 21, 2026, the Court granted Russo an extension of time to complete his IFP application and directed the Clerk to send him a blank prisoner IFP application by mail. Dkt. 30. The Court instructed Russo to file his prisoner trust account statement for the previous six months within twenty-eight days and warned him that failure to do so on or by the deadline would result

United States District Court<br>Northern District of California

in the dismissal of this action without prejudice.  *Id.* at 1-2.  However, on May 28, 2026, mail by the Court sent to Russo at NKSP was returned as undeliverable.  Dkt. 34.  The record shows that Russo has since been transferred to Pleasant Valley State Prison.

Good cause appearing based on Russo's most recent transfer, the Court on its own motion **GRANTS** Russo a second extension of time to file a completed IFP application.  No later than **twenty-eight (28)** days from the date of this Order, Russo shall file his completed IFP application, including his prisoner trust account statement for the previous six months.  The failure to do so on or by the twenty-eight-day deadline will result in the dismissal of this action without prejudice.

The Clerk shall send Russo a blank prisoner IFP application form along with a copy of this Order.  The Clerk shall also **TERMINATE** as moot the previously-filed, incomplete IFP application.  Dkt. 8.

**IT IS SO ORDERED.**

Dated:  6/16/2026

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**

United States District Court
Northern District of California

2