Plaintiff's name: Justin Rosso

Prison No: 250 8243

Institution: Martinez Detention Facility

Also
(22 pages of declarations)
[...] sent [...] for direction
of Court

(Ps 1

## United States District Court
## Northern District of California

Justin Rosso

v

David Livingston Sheriff of Contra Costa County
Capt. John Doe of M.D.F.
LT. Sears/LT Commander
SGT Ortega/SGT of MDF Movement
SGT Dugan of MDF, SGT of Grievances
SGT Luserate of MDF
SGT Holsher of MDF, SGT of Intake
Deputy Piquero of MDF
Deputy Hyres of MDF
Deputy Aragon of MDF
Deputy Shaffer or Schiffler of MDF, Classification
Deputy Barregan of West County Detention Facility.
Medical, Dental, Mental Health, & Kitchen staff of MDF.
Deputy Trego of MDF.
SGT Patasceil of M.D.F.

Case No. _____

Complaint by a prisoner
under the Civil Rights Act,
42 U.S.C. § 1983

## I. Exhaustion of Administrative Remedies

A. Place of Present Confinement: Martinez Detention Facility

B. Is there a Grievance procedure in this Institution. ☑ Yes ☐ no

C. If so, did you present the facts in your Complaint for Review through the Grievance Procedure ☑ yes ☐ no

D. If your Answer is Yes, list the Appeal numbers & Date and result of the Appeal at each level of Review.

1. Informal level : Due Process violated

2. First formal level : Due process violated / Told Grievancing 4 times to hear back Then failed

3. 2nd formal level : Due Process violated Same as first level / to process correctly per M.D.F. Guidlines

4. Third level Review: Due process violated a same day, it shows 2 levels

E. Is the last level to which you Appealed the highest level of appeal available to you? ☑ yes ☐ no

F. If you didn't present your claim through the Grievance procedure, explain why? N/A

II. parties.

A. If there are additional Plantiffs besides you, write there names and present address(es)

B. For each defendant, provide full name, official position and place

1. LT. Sears/LT. Commander of M.D.F.   Capt. John Doe of Martinez Detention facility   Dayne Livingston

2. SGT. ollega of MDF Movement/placement of Deputys (Responsible for his under lyings)

3. SGT. Dugan of MDF, Grivance SGT. (& responsible for Training his under lyings)

4. SGT. Lusereta of MDF (In charge of Making sure his underlyings Are Trained)

5. SGT. Holster of MDF. (In charge of Making sure his underlyings Are Trained)

6. Deputy Piquero. works At Martinez Detention facility.

7. Deputy Hynes, works at martinez Detention facility

8. Deputy Alagon, works at Martinez Detention facility

9. Deputy Shaffer or Schieffler, works as classification at M.D.F.

10. medical staff at M.D.F., Dental staff at MDF, mental Health at MDF, & Kitchen staff at M.D.F.

11. Deputy Barragan of West County Detention facility.

12. SGT Parrison of martinez Detention facility

13. Deputy Trego of MDF

III. Statement of Claim: LT. SEARS

LT. Sears/LT. Commander, LT. Sears is responsible for ensuring the safety & well being of Every Inmate Here at Martinez Detention facility. LT. Is Responsible for needs, Movement, placement, Custody, & setting forth appropriate procedures/Guidlines, to ensure safety/well being/quality of life, LT Commander is Responsible to ensure Staff (SGT & Deputy's) Are fully equiped with up to date Training that is effective in upholding the rights of every inmate housed in this Jail, upheld & protected. LT. is responsible for their underlyings (staffs, SGT's

III. Statement of Claim (Continued)"LT SEARS! (Pg.3

Deputy's) behavior & conduct, they are a representation of the LT. Commander & what the LT. stands for in this jail, And Also responsible for every inmates custody/classification placement being thorough & Correct to Further ensure Safety through out this facility. To have in place some sort of policy for inmates General Rights & safety for there personal being, so as not to act with deliberate Indifference and or Corruption when treating an Inmate. The LT Commander is Responsible for the deliberate indifference shown that allows A policy within this this Jail that is Actually no policy at all that Allows An Inmate like "starks" to beable to switch his custody from General population to Protective Custody & then back & forth repeatedly After Already Showing the staff Here that He's not Genuine in His Actions Repeatedly Aswell, Thus not giving Any Inmates that are housed in protective Custody Any protection At All!! Each time He's Been Allowed to go from G.P. to P.C. He's Assaulted An Inmate in a predatory fashion, from behind or while they sleep. He's Done this Atleast 3 times in 18 Months that I know of through doing my own investigation getting my own signed statements from inmates that have been here & seen him do these Acts directly with there own eyes & MDF Records will Also Show the Truth in my statements for Everything of this Nature is Documented By MDF Staff here & if for some reason it is not then that will Show the Further Corruption of this facility because their hiding evidence that then should have this Case ruled in My Favor. A LT. Commander is Highly Trained & So Are the LT. Commanders Sergeants & Deputy's. There is Absolutly No way they Can Claim Ignorance to Inmate Starks predatory behavior for protective custody Inmates! if this Action By "starks" happened 1 time we all Could See it being an honest mistake to Allow him to have done something like this, To Allow it to happen A 2nd time is not A Accident Any more, Now you should have been fully aware that Inmate starks would most likely Assault & hurt A Inmate in protective Custody, To Allow Inmate starks A 3rd Attempt is Corruption, Now the LT. Commander & the SGT's & the Deputys Who Are Carrying out the Choice/Decision to re-house him in Protective Custody Now know what he's doing & Are Allowing it because He Could Not be rehoused in P.C. & Be Transferred to the P.C. unit to have Another P.C. Inmate without the Captain/ LT/SGT/Deputys putting him there to Allow it to happen. I was the latest victim (& the most harmed) of Inmates starks Brutality AS I slept In my Cell Inmate starks Jumped On Me from behind striking me In my jaw Breaking my Jaw in 2 places, I spent 5

every inmates Custody/classification placement being thoro-ugh & Correct to further ensure safety through out this facility. To have in place Some sort of policy for inmates General Rights & safety for there personal being, so as not to act with deliberate indifference and or Corruption when treating a Inmate. The LT. Commander is responsible for the deliberate Indifference Shown that Allows A policy within this Jail that is Actually No policy At All that Allows a Inmate like Starks to be able to switch back & forth repeatadly After Already Showing the staff Here that He's Not Genuine in his Actions repeatadly aswell, thus not giving Any Inmate that are housed in protective Custody Any protection at all!! Each time he's been allowed to go from G.P. to P.C. He's Assaulted An Inmate in A predatory fashion, from behind or while they sleep. He's Done this Atleast 3 times in 18 Month that I Know through doing my own Investigation getting my own Signed Declarations from inmates that Have been Here & Seen him do these Acts directly with there own eyes & mof records will show the truth's in my Statements for everything of this nature is Documented by staff here at mof fit for some reason it is not then that will Show the further Corruption of this facility because there hiding evidence, that then Should have this case ruled in my favor. A LT. Commander is Highly Trained & So Are the LT. Commanders Seargents & Deptys, There is Absolutly no Way they Can Claim Ignorance to inmate Starks predatory behavior For protective Custody Inmates, If this Action by Starks happened 1 time we All Could see if being a Honest Mistake to Allow him to have done something like this, too Allow it to happen

either, I was Compatable in Cell 22 with My Current Cellmate I lived on the Top Tier & I was Also on the top Bunk, this is the only assigned living area (Top Tier, Top Bunk) that is not Medically needed for Any reason, so theres no reason to Move someone from that Bunk to Anywhere else, do to medical reasons. Aswell Depty piquero did not Move me Because He needed to open up a Bund for Any other reason in Cell 22, Because After He moved me no one was placed in Cell 22 to Accomaulate the Jail or its Staff, (According to SGT. Ayon / grievance dated 7-14-25 Depty's Do not need Nor are obligated to ask us / inmates permission to re-assign us / Move us & I guess to his education, not even have to give us a reason to move us or inform us in Any way shape or form, so Im taking out of this that A Depty Can Move us into A predators Cell, know that inmate is a predator & know that He's Assaulted Inmates in cell & out of cell in protected Custody & Still be Capable of moving us into this predators Cell without Any Conciouss or without violating any ethical laws oR Actual Laws for that Matter, This is B.S.!! & Corruption to the fullest!!!... (These words written in this last parenthisthis were added to (Complaint.) And so As Im supposed to I Moved with out Question because piquero is a depty & Im suppose to follow A deptys orders, I Move down with inmate Starks & within a day (20 hours or so) As I slept inmate Starks Attacks me while I sleep, Deputy Trejo Came to open My door (Cell door) (which ... ... Cell 2 with inmate

P5 6

Starlls) for A Blood Pressure check (medical was keeping a close eye on my Blood pressure because I was Just brutally beaten & sent to Kaiser Hospital in Richmond, CA. by the Contra Costa County sheriff department, same department that runs the day to day operations in this Jail "M.D.F." where I resided when this incident happened & where I reside now, the sheriff's Dept, slammed my head into the concrete repeatedly while I was restrained in handcuffs & picked me up & Body slammed me while restrained again because I was unconcious from having my head slammed into the concrete, they sent me to Kaiser & I was Diagnosed with a Concussion & Deputy Trego later Told me After I Arrived back from the hospital that as the above mentioned my cellmate inmate "Starlls" Attacked me from behind Striking me on my Jaw, I was Asleep when this happened too, Trego Asked me "why would they put you in a Cell with "staffs"? He Has a History For Attacking His Cellmate in A predatory fashion & Attacking people from behind (other inmates) while they were Tired. I was put in the cell By Deputy Picavero who works the E module where Starlls was classified at the time & He Had a history with Inmate Starlls & Knew his behaviors & for no reason, out of Nowhere???? Decided to move me in the cell with him in Doing so I had to endure being viciously Attacked, Having my Jaw broke in 2 places, Having 2 plates in my face that will never Come out, Having my Jaw wired shut for 6 weeks, I could Not eat food yet, & the pain was unbearable, I hurt so badly, I spent 5 days in I.C.U. At John Muir hospital & went through a very extensive Surgery Deputy Picavero Actual

deliberate indifference bordline Corruption & Id my family had to suffer greatly because of it! Next is this Act of retaliation because I stood up for myself, my god given American rights & filed paperwork on him for violating my 8th amendment & pursuing justice against him. I Also want to subpena Deputy Tiego's Axon Body Camera footage from the night of my assault either 6/16/25 or 6/15/25, as well I want to subpena Dayroom Cameras from those dates to show Inmate stands walking out of my Room myself.

On 8-19-25 Deputy Piquero was working E Module again. He was working the late shift (First watch I believe) from 10pm To 6 am, that shift is responsible for passing out mail/delivering Mail to the Inmates that live on the module, Deputy Piquero Delivered 2 pieces of mail to my cell that were Mine, Addressed, In Bold Black Pen with my cell # on it & my name, As well He slid 4 more Envolopes under my cell door. Each piece of mail belonging to a different Inmate, each envolope was addressed in Bold Black pen with Inmates cell # on it & the Inmates name. This Is A well Known Tactic that I know of & 50 does Everybody that lives here in these Institutions, Inmates Have Zero toleration for another inmate to possess their families mail, & possess there family's Addresses which Are & were printed clearly on the envolopes your family sends your letters to you. I Immediatly returned the mail to these proper owners & in one case, yes, Oscar Medrano (one of the Inmates who letter I had) Booking # 2501666 Because

extremely aggressive & started cursing me out for having his Family's Mail, even though I explained the Situation to him, He did not care & Rightfully so! I could be a bad person who now has his loved ones (families) address! Officer Piquero know how this could effect me & this is why he did this, theres no excuse for giving a inmate 4 different pieces of mail that all have very clear cell #'s on them & different names. A Deputy that works here, works these Modules Also knows these are 2 man cell's & 4 man cells, so He knows there no legitimate reason to place 4 different Cell #'s & different names pieces of mail under A 2 man cell door, with only the #24 on the cell door. He gave me Cell#5 Joseph Sullivan's #241072? mail & Cell#25 Dupree Straughter Mail & oscar medrano's Mail Cell #38, I can see 1 wrong cell & mail piece, not 4 different cells & different pieces of mail, not too mention me, A un-trained in mate (because Deputy Piquero & other Deputy's Are specifically trained on how to effectively run these module to ensure Safety & Stability with each & every decision & Action) can clearly look at these pieces of mail & deliver them As I did to their proper rightful owners, so Deputy Piquero Most Definitly Should Been Able to Aswell. He is retaliating against me for Pursuing Justice against him & his collegues & targeting me to be assaulted again & hurt, when does it end, when does it stop! It should be noted that Dupree Straughter had reservations After He already sign it & so did Joseph sullivan, there afraid of retaliation. These Deputies are Thugs! oscar medrano did not even to sign it.

# Deputy Hynes pg 9.

Deputy Hynes:

Deputy Hynes Conspired with medical Here at M.D.F to Act like Ive Never recieved my medication Here At M.D.F before, Knowing this type of medication (saboxin) is vital to my body properly functioning, without it I go through withdrawls Almost Immediatly, so I cant leave my cell to go to work because Ill poop myself from the withdrawls so I have to stay close to my Toilet, I became respectfully addiment that yes I Do take my medicine which I explain to them theyve watched me & given it to me for over a month now so can I please have it. They said they did not than I recieved this medication ≠ loff. I came out of my cell & Ask Deputy Hynes (this is on T module, the honory Module, I was moved from E mod to T Mod on July 10th, This happened July 25th, (5 days later) to Call medical ≠ Ask them about my medicine, He became very aggresove ≠ tryd to Convince me that the nurse assured me I dont take it which was Dumbfounding, Deputy Hynes has watched me take it for weeks strait now, for, this medication requires the Depty ≠ nurse to stand on you (watch you) for the time duration that it requires for this medicine to dissolve which is usually 5-10 min. so I stand my ground ≠ Assure him I do take this ≠ He should know it. He came back to my cell ≠ told me He called the nurse personally ≠ the nurse told him that they tapered me off of my medication ≠ I no longer get it (catch that...?? oh so now I did get it (do get it), thought I never recieved it?). I Knew this was a lie too because you only get tapered off when you get caught abusing it, I dont Abuse my medicine, plus Ive been recieving my full dose every pill call prior to this incident Im tilley on now so ag...

# Deputy Hynes pg 10.

I know he's lying, But I Cant Do Anything for the time being, So I tell him, "okay, Deputy hynes Ill work it out tomorrow because its Night now, But Can you please call my Job & let them know I wont be able to make it in Tonite because medical withheld my Medicine & Im gonna be going threw severe withdrawls". He said "okay". 10 Minuter later My cell door opens & hynes looks at me smiling & says "Pack up your stuff, your fired getting sent back up to E module" I immediatly write a grievance against medical & hynes & put them in the T Module grievance Box that night on my way out! The next night on 7-26-25 Head Nurse Bower to my door with my grievances & Assures me they have not taken me off my Medicine & that No one ever told Deputy hynes that & Ill be given my medication tomorrow morning. So I was fired because Depty Hynes Conspired to get me put back on E module where Ive Been Assaulted & Have had my Jaw broke in 2 places, They lied & kept my Medication that night. now since Arriving back on E Module where I told Depty Shaffer or schiffler of classifications I would not be safe to be on Ive Been Jumped (Assaulted) by multiple Inmates & Have Had my Jaw fractured again for the 2nd time, M.D.F. Medical Has done A X Ray & seen it & they sent me back to John Muir Hospital for A Cat Scan to make sure & John muir confirmed it, my Jaw is fractured again, For the 2nd time!! The 2nd Attack happened on 8-2-25 Just a week After Deprty Hynes Conspired & Had me fired & Sent back to A Module I told M.D.F. Staff here I was Not safe at, I want Deputy Hynes Axon Body Camera footage from 7-25-25, from 7pm-9pm, This will Show Im being truthful & Hes lying, I have been honest about All my Claims against these Deputies your Honor!! please Help me!

Pg 11.

Deputy Aragon:

On July 5th At 4:59 pm I hit my 911 button (Emergency), The wires that held my broken Jaw together had snapped A week prior to this, well on this Day of July 5th 2025 a Couple of the wires that were left in my Mouth unwound & As I yawned & Closed my mouth the wires lodged themselves into my gums Causing my gums to bleed profusely & Causing me excruciating pain! & leaving my mouth even more agape that, it Already was because I Couldn't Close it all Seeing to it would stabbed the Metal wires into my gums further & Cause more pain it swell, so I hit my 911 button, Deputy Aragon Came to my Cell which is Cell #25 in E module At the time, He sees my injury, I Ask him to Call medical, He says He will & leaves, At 5:08 I hit my button again, He comes, I Ask where medical is at because Im extremly hurt, He says He Called & leaves me like that with that injury & pain level again. 3 minutes later I hit the 911 button again & I see Deputy Aragon & A unknown nurse walking up the stairs, Deputy Aragon opens the door, the nurse immediatly sees my injury, The blood pouring out of my Mouth Still & the wires lodged into my Gums, Im groaning in Agonizing pain & the nurse takes a picture & leaves!!!!! I stop him, scared that he might actually leave me in that much pain & in that Condition & He stops & I Ask him to send me to the Doctors & to the hospital, that I need Help, He said that he was not gonna do either or ?!?! & the nurse & Deputy Aragon left me!!!! left me in my Cell with metal stabbing in multiple places in my mouth & blood pouring out of it, All the wires broke, my Jaw freshly broken, It having zero support now, to literally hanging, It hurts so bad, How Can trained personell See you with that significant injury & leave you live that in that Amount of pain. There wrong your Honor!!!,

Pg. 12.
(cont. on Back)

The Depty is wrong too, Inmates well being Are there responsibility too. He should have this Axon Body Camera-footage from 4:59 pm to 5:11 pm 7/5/25. This will show the truths in my Claims!

Deputy Shaffer or schiffler of Classification.

On 6-20-25 I returned from John Muir hospital with a Jaw that was broke in 2 places, I seen Depty shaffer or schiffler & Asd him Could i please tulk to him about my placement, because I recognized him to be classification due to his dress code which is a "Black Polo" shirt that Identity's him As classification. He pulled me aside, into un of the NON cuntact Client/Attorney Boother & Asked me "whats up"? I told him that I Could not Be placed back on E module, that my life was not safe, that I Just been Attacked up there & had my Jaw brode & that Inmate "starcus" (my Attacker) has 10-12 inmates up there that Are upart of some gang called "THUGZ" & that I was in no Shape because of my injury (my Jaw was wired shut at that time) to defend myself & Could he please Classify me else where seeing to theres other modules who re they Could keep me safe, He said He was Aware of the Gang-that starcus was involved with & Aswell "No" He would not help me, I pleaded with him & He literaly said "oh well"!! what do you want me to do? How about His Job of making sure inmates who express there fear of being attacked & have already been Attacked be protected, pupecrally when those fears are warrented & Are not frivolous, I was sitting infront of him with a wired shut Jaw, I had to speak to him through Clentched teeth, I told him I would fer sure be victimized if I returned (which happened, They waited till my Jaw was unwired & literally Jumped right back on me breaking my Jaw again!) 8-2-25 Jumped / Jaw rebroke

I was Jumped by 2 "Thugz" $\frac{Starks~gang!}{@~John~muir}$ medical a M.D.f medical Both verified the Broken Jaw again!

Load on
Back please                    Pg - 13

He said "oh well what do you want me to do!!" After I was sent back I was victimized, my canteen was stolen, 140" worth, (Deputys Allowed them to steal my canteen, then unlocked the door for them.) next they stole 40" off my tablet & then 20" off my tablet, logging into my name & pin # that only I knew & staff would know & I never gave it out, so... "PIN" lost but not least, on 8-02-25 I was jumped on this module, E module, & Just one week After having my Jaw unwired, I was Attacked again by people of his gang, & I had my Jaw re-fractured, "1050", in Cell 42 "E" & Aguilar, in Cell 5 "E" Jumped me. Both members of Stards gang "Thugz". my new fracture is verified by MDF medical staff & John muir medical staff. Ive put in Numerous inmate request & grievances telling Classification & Floor = staff Im not safe here on E module, & Ive Made them fully aware of the Assault that have happened to me while being placed back up here, there fully Aware my Jaw has been broke again by these 2 inmates & still to this date of 8-20-25 Im writing this from E module #24, when Does the corruption & brutality stop against me by the hands of these Deputys, SGT's, & LT.'s Here at M.D. F. (Martinez Detention facility)

& Kitchen

M.D.F. Medical staff: I returned from John muir hospital on 6-20-25 with a Jaw fractured/Broken in 2 places, I was placed on A liquid diet per John muir hospital's nutrition ist, From 6-20-25 to 6-30-25 I was provided 240 Calories A day to live on, I was given 1 powder pouch with 80 Calories in it!!!!!! 3 times a day, which equals 240 Calories

First 6-16-70 to 6-20-25 ... I was having my Jaw broke, As I was Away these Deputys that had me Attacked unlocked my cell doors Allowed Inmates to go into my Cell a steal my canteen. I want to subpena the dayroom E Module camera from 6-16-2025 - 6-20-25. It will show Truth in my claims!

I wrote to Classification & through the grievance procedure that is Answered by A Seargent. I did this on purpose thinking classification or A SGT. is gonna do there job & protect me. I wrote & gave them specifics About who Assaulted me, where they live (what cell) & that, again my life is in Danger. Told my floor Deputys too, Told M.D.f. Medical Aswell & they told A seperate, SGT. ortega, & NO ONE your honor came to help me! Not ONE Staff member of Any title, Rank, Nothing, No one, Inmates "OSO" in Cell 24 Aguilar in cell "5" didn't even get a write up, they didn't remove me from E Module for my safety & they could have checked the cameras from E module Court yard like I told them to do & those cameras record, & store video footage (Data!), so you can go back to certain dates & pull up video footage, & of course they did not! They did not get into trouble for breaking my Jaw & I wasn't protected After "Yes" your Honor, I had My Jaw broke for a 2nd time on the same module, I kept Asking to be taken off because my life was in Danger on that module & no one cared, Corruption Anybody!? Your Honor Can you please Believe me & help me. I'm showing you all the evidence to Prove to you these cops Are Criminals & there hurting me badly, Again please Subpena E Module Court yard footage from 8-2-25, they'll show the Truth in my Statement / Claims.

pg 14.

## MDF Medical Staff & Kitchen

I was literally starving! when I went to see my oral surgeon Gronbach He was infuriated! He called the jail & had my calorie Intake up'd to/between 700 to 1,000 calories, still not 2,000 calories a day that is standard to sustain Quality of life, not even half & for the first 10 days it was a little over 10% of my calorie intake was supposed to be. After a week or so my calorie intake went back down to 400, 500, sometimes 600 calories a day, this went on till the 10th (of July). Then from July 10th to July 16th, for 6 days I was fed 160 calories total! I recieved 1 meal in those 6 days, 1 !!! I was starving beyond belief, I wrote grievances, Appeals, ect. & All I got back was were gonna make sure the kitchen feeds you now !!! All of which I have proper documentation on proving the truth in the statements I'm writing to you right now your Honor! Right now sir. How is it possible, How can trained proffessionals such as the medical staff Here & the Kitchen thinl that feeding a man 240 calories a day is sufficient to keep him alive, & even worse 160 calories in 6 days!!! This is torture & corruption in its highest form. I personally wrote Geneva united council court on this torture! Then I got my wires taken out A few day later, & they still kept me on my liquid diet for another 2 weeks, despite numerous Inmate Requests & Grievances that went un-answered, they kept starving me giving me, 400-700 calories even though they were made aware that I no longer needed a liquid diet!! MDF starved me for 8 weeks strait! Starved me!

Pg. 15.

## MDF Medical

2nd on 6-30-25 All the wires in my mouth that were Holding my Jaw shut so I could heal properly Broke! I suffer from nightmares due to this. Trauma Ive been forced to endure (All of which is Documented by mental Health & myself, I have to take Medication For it & everything, its really hard to deal with) & I wake up screaming (when I did that on 6-30-25 I snapped the wires in my mouth & in doing that left my Jaw hanging & hurting extremly bad! & I had 8 metal wires now broke & exposed, sharp wires that were stabbing me in my Gums which caused alot of pain & Bleeding, I wrote medical & made them aware of my Immediate need for a Doctor & they sent a nurse to come see me & the nurse & the rest of M.D.F. medical left me like that, in pain like that, in that Condition for 10 to 11 full days, Jaw hanging broke, & metal stabbing me all over in my Gums, blood everywhere & they left me in that Condition for Almost 2 weeks! Medical/Dental Both left me in this Condition for both were made Aware of my pain & suffering & of my Condition & did ABSOULETLEY NOTHING to help me, to help my pain or my injury.

## Mental Health: from 6/26/25 - 7/14/25 I put in 4 slips to see mental Health Because I was experiences severe manic episodes, I could not sleep, my Anxiety was extremly bad & my depression was through the roof bad aswell, I didn't feel like getting out of bed, Honestly I didn't feel like living & Just 8 day PRioR I returned from John muir Hospital with a Jaw that was wired shut, Broke in 2 places, I didn't feel good

Pg. 16.

MENTAL HEALTH FEAL...TH

My Jaw was wired shut so I couldn't eat & I was only given 240 Calories A day during this time & that had been going on for 8 days as of 6/28/25, so my hope in life was very little, sad to say. prior to 6/28/25 I did see mental Health, I believe on 6/24/25, & the lady Asked me what was happening & I laid it bare for her about what was happening in my life, & why, of course she could see the broken Jaw when she Asked about how this came to be I told her about the dentist hurting me & How the medical & kitchen were starving me, she became Immediatly uninterested in what I was trying to get help with & Shortly our visit ended ( It should be noted that I'm a part of the mental Health program, I need extra care for issues I have that are beyond my scope of dealing with), So when I Started flooding mental Health with inmate request telling them it was dire that I talk to them & Every time I got brushed off, no one would talk to me, 4 slips I put in, in A Approximitly 3 week time & no one came to help me, I was begging a no help I finally grievance them on 7/8/25 / Appealed this Issue Asking mental Health why its so much more import-ant to protect these Depty's here for there Corruptions then take care of there patients & finally, After I then had to Appeal my grievance from 7/8/25 cause help still had not come yet ( I Appealed the 7/8/25 on 7/15/25) they came to see me about 1 week later, so it took mental Health Almost a month to come see there patient who is telling them I'm barely hanging on, I need help, Its dire, please I need Help! over & over

Pg.17.

# Mental Health

This level of gross negligence is Dumbfounding, especially when I know they have a system set in place that if a patient is in a Higher probable rate to not make it in life they can & will come see him once a week!

Supporting Documentations:

1. I Have inmate Requests & Grievances & Appeals to back up & Show truths in my Arguments made in this Complaint.

2. I have signed declarations By other inmates that either Overheard or seen with there own eyes the horrible situations I had to endure, to further show Truths to my Arguments made in this complaint.

Each defendent is sued individually and in his official Capacity. At all times Mentioned in this Complaint, Each defendant Acted under the color of State Law

## IV. Relief: Compensatory Damages (Custody) $

1. Broken Jaw 6-15-25 or 6-16-25 / LT. Sears / LT. Commander = $500,000 X2
Seargent ortega, Seargent Dugan, Seargent Luserata, Seargent Holsher, Seargent Patascil, Deputy Trego, Deputy Piquero Each $250,000 X2

2. Broken Jaw 8-2-25 / Deputy shaffer or schiffler of Classifications = $1,000,000 X2
LT. Sears, SGT. Ortega, SGT. Dugan, SGT. Luserata, SGT. Holsher
SGT. Patascil, Deputy Hynes                =                Each $500,000 X2

3. Physical Disfiguration for Life / LT. Sears, SGT. Ortega, SGT Dugan, SGT. Luserata, SGT. Holsher, SGT. Patascil, Deputy Piquero, Deputy Trego, Deputy Hynes, Deputy Aragon, Deputy shaffer or schiffler of Class = Each $750,000 X2

4. Failure to Protect / LT. Sears, SGT. ortega, SGT Dugan, SGT. Luserata, SGT. Holsher, SGT. Patascil, Deputy shaffer or schiffler of classification, Deputy Piquero, Deputy Trego, Deputy Hynes, Deputy Aragon, = Each $250,000 X2

It should be noted that before I told the Mental Health How
I got my Jaw broke, they told me They were gonna put me on the
urgency list (they got 2 lists, one is for normal checkup needs, the
other is urgent & the urgent list gets seen 1 time a week, once every
other week(At most) & As soon As I mentioned the Deputy's the
Mental Health lady Dropped Her pen & looked at me with a stone
Cold look, I Said, " pur not gonna pick p that pen & write
what Im Saying Anymore" She Said "I believe this
visit has ru its course aleft!! Then poof, they wouldn't
ever respond to me your honor.

(IV Relief, Compensatory Damages Custody" (Continued)       #

5. Torture / LT. Sears, SGT. Ortega, SGT. Dugan, SGT. Luserata
SGT. Holsher, SGT. patascil, Deputy Rivero, Deputy Hynes, Deputy Trego,
Deputy Shatter or Schiffler or Classification Deputy Barregan, Deputy Aragon = Each $500,000 x 2

6. Corruption / LT. Sears, SGT. Ortega, SGT. Dugan, SGT. Luserata,
SGT. Holsher, SGT. patascil, Deputy Rivero, Deputy Hynes, Deputy Trego,
Deputy Shatter or Schiffler of Classification, Deputy Aragon. = Each $200,000 x 2

7. Psycological Damages For Life / LT. Sears, SGT. Ortega,
SGT. Dugan, SGT. Luserata, SGT. Holsher, SGT. patascil, Deputy Trego,
Deputy Rivero, Deputy Hynes, Deputy Aragon, Deputy Shatter or
Schiffler of classification: $300 an hour, 3x a week, #
52 weeks a year x 50 years                    = $2,350,000

Compensatory Relief For MDF Medical / Mental Health / Dental / Kitchen:

1. Broken Jaw / Pain & Suffering / 6-15 or 6-16-25    = $250,000
2. Broken Jaw / Pain & Suffering / 8-2-25           = $250,000
3. Torture / 6-15 or 6-16-25 & 8-2-25               = $500,000
4. Corruption                                       = $500,000
5. Starving me for 8 weeks strait !!                = $1,000,000
   Not feeding me for 6 days strait !:              = $1,000,000
   Feeding me 240 Calories for 10 days strait!:     = $1,000,000
6. Psycological Damage For Life:                    = $2,350,000

   Punitive Damages                                 = $20,000,000


= I Declare under penalty of perjury that the foregoing is
True & Correct:

Executed on: 9-        [signature] Justin Russo 2-17-82
                       [signature] Justin Russo  Birthdate

Seperate Targeted Incident of harassassive Retaliation

"Supporting Documents"

(III. statement of Claim Continued/ADD on Amend Complaint)

• From 7-10-25 to 7-25-25 I Asked Deputy Hynes, Deputy Krupa & Deputy Rice On T Module for A grievance form & never recieved one, they'd keep handing me The DET 106A form, laughing as they handed me this form, it the Spanish ADA Form!! All Modules Are stocked with Grievance forms! Its policy.

• When I Moved to T Module from E Module Deputy Krupa Searched My belongings, when I recieved my things back I Was short my first 4 grievances I Ever turned in, & Also My tort forms, they were stolen.

• I had my Cell searched on 7/31/25, My Mattress Was taken, I informed the Deputy's that I had no mattress they said they did not Care, on 8/1/25 I informed the Deputyir again I had No mattress, they said they didn't Care, on 8/2/25 I informed the Deputyir I had no mattress, again they did not Care, on 8/3/25 I told Deputy Gonzales I had no mattress, Deputy Gonzales got me a mattress. Thank you deputy Gonzales, I Appreciate you. Aswell I had no blanket to Cover up with, All I Had To Cover up With Was a sheet, so I was cold & it sucked, for 3 nights, nothing. It was torture Sleeping on A hard metal slaba being Cold.

• When I got Jumped I put in A Grievance telling the Staff at M.D.F. that I was Attacked & Assaulted in E Module Court Yard, I told them that I Could feel my Jaw Was broke again, The responding staff who signs his

Seperate Targeted Incidents 4 Acts of Retaliation
"Supporting Documents" pg 2°

(III. Statement of Claim Continued/ADD ON Amend Complaint)
or her name, like PAIAN, 4 the Employee # is like this
(62431. This is Sincerely How this person who must be a
Seargent Signed there name 3 times, 4 the response was
"write between the lines", After I Just Sent A 3 page letter
Informing M.D.F. Staff that Ive been Assaulted severly, that
there own Medical Confirmed (MDF's) My Jaw was broke
again 4 that my life was in Danger, 4 that was there Respons
4 No one Came to talk to me 4 or remove me from E mad
to make sure I was safe !! which is there Jobs! So
Im guessing the # could be. 62431, or 62631, 4 I got not
One clue what the last name could be! It starts with
a P. (Fand a: Who this is! SGT. Patascil!!# 62631!! This
Seargent Allowed me to be Victimnized Your honor! 4 when I reported it happen
again All He did was "NOTHING" I reported, A severe serious Attack with Gas against
me 4 nothing!

'Next I go as far as putting in to Medical so I can report
this Assault from 8-7-25, I have the Doctors Call SGT. Ortega,
4 tell him Im Not safe 4 I had my Jaw broke again 4 to get
Me to safety 4 He does NOTHING !! This was 4 days later
On 8-06-25, then I tell my floor cop at 4:10 PM (check
the Dayroom Camera's, it will show which officer came to my
Joor) to call SGT. Ortega 4 re-advise him of my safety
Concerns 4 what Just happened to me 4 again SGT. Ortega
Joes nothing!! Ive done 25 years behind bars, If At All Any
time Anyone has reached at to staff Confiding in them that
there lifes could be in Danger, they are pulled out a talked to 4 staff
4 inmate both Come up with a way to better keep that Inmate
Safe, 4 I Already spent 5 days in I.C.U., Jaw broke
twice, 4 in 2 places! 4 nothing, no help, 4 I Just Kept
Jetting hurt further. please Help me Cant. Help me expose this

SGT.
Patascil
Tried to
Hide this
your Honor!

Supporting Document    Deputy Shaffer or Schiffler of MOF Classification Decision not to put me on walk alone for my safety

(ADD ON III STATEMENT OF COMPLAINT:)

SINCE FILING COMPLAINT REGARDING CLASSIFICATIONS CORRUPTIONS, KNOWING IF THEY PLACED ME BACK ON "E" MODULE THAT I'D BE ASSULTED AGAIN & HURT, WHICH I WAS, & BADLY, I HAD MY JAW REFRACTURED AGAIN BADLY, I WAS JUMPED BY INMATES THAT WERE A PART OF "STARKS" JAILHOUSE GANG CALLED "THUGZ" WHICH CLASSIFICATION PERSONALLY ASSURED ME THEY WERE FULLY AWARE OF & STILL PT ME IN HARMS WAY & IT RESULTED IN GREAT BODILY INJURY FOR THE 2ND TIME, ON TOP OF ALL OF THIS IT DAWNED ON ME, I FOUND NOTES I WROTE FROM A PREVIOUS DATE IMMEDIATELY AFTER I TALKED TO CLASSIFICATION "SHAFFER" OR "SCHIFFLER" & IT REMINDED THAT I ASKED CLASSIFICATION IF THEY COULDN'T PUT ME ON A DIFFERENT MODULE FOR MY SAFETY THEN I ASKED IF THEY COULD PUT ME ON "D" MODULE, WHICH IS AD-SEG SO I'D BE SAFE, THEY SAID "NO"! I THEN ASKED THEM IF THEY COULD PLEASE PUT ME ON "WALK ALONE", WHERE I'D COME OUT BY MYSELF FOR FREE-TIME (TIME OUT OF MY CELL). I ASKED FOR THIS BECAUSE I REMEMBER LAST TIME I SERVED TIME IN THIS COUNTY JAIL THIS WAS A COMMON PRACTICE TO KEEP INMATES SAFE FROM ASSULTS, THEY AGAIN SAID "NO"! THAT THIS WASN'T AN OPTION THEY COULD PROVIDE FOR INMATES ANY MORE, THAT IT WOULDN'T WORK FOR WHATEVER REASON, SO I ACCEPTED IT, THEN TO MY DISBELIEF I PERSONALLY SAW INMATES WHO WERE ON "WALK ALONE" STATUS! INMATE "OSCAR MEDRANO" WAS ONE OF THEM. "D.R." WAS ANOTHER, INMATE "ODELL —" WAS ANOTHER, INMATE "ORTEGA —" WAS ANOTHER TOO. (OSCAR MEDRANO LIVED ON...

(Regarding Deputy Schiffers/Schaffers Fault in decision not to put me on walk alone for MY Safety

↓

"E" MODULE, CELL #38, "D.R." LIVED IN CELL #45 "E" MODULE, INMATE ODELL LIVED ON "E" MODULE CELL #63 INMATE ORTEGA LIVED ON "E" MODULE (CELL #5) ALL THESE INMATES WERE GRANTED "WALK ALONE" STATUS FOR FREETIME MOVEMENT FOR HAVING LITERALLY VERBAL DISPUTES WITH OTHER INMATES & BEING SCARED TO COME OUT WITH THESE INMATES ON "FREETIME" BECAUSE THEY WERE SCARED THEY "MIGHT" GET INTO A FIGHT WITH SOMEONE THEY WERE AFRAID, I LITERALLY HAD MY JAW BROKEN IN 2 PLACES, I WASN'T ASKING FOR "WALK ALONE" STATUS BECAUSE I WAS AFRAID I "MIGHT" BE ASSAULTED, I HAD ALREADY BEEN ASSAULTED SEVERELY WITH A "G.B.I" & I KNEW INMATE "STARK'S" GANG WOULD ASSAULT ME AGAIN & HURT ME & THEY DID, & THE DEPUTYS ONCE AGAIN DID NOT COME TO MY AID! THE ALLOWED ME TO BE ASSAULTED/ATTACKED AGAIN & AGAIN IT RESULTED IN G.B.I! I QUALIFIED TO BE PUT ON "WALK ALONE" WAY MORE THAN THE OTHER INMATES. THE ATTACK ON ME WAS EXTREMELY BRUTAL & SAVAGE, I CRIED OUT FOR HELP! BEGGED REALLY, & DEPUTY "SCHAFFER OR/SCHIFFLER" IGNORED MY PLEA, & LIED TO ME STATING "WALK ALONE" WAS NO LONGER POLICY EVEN THOUGH IT WAS & REFUSED TO PUT ME ON "D" MODULE OR "C" MODULE, OR "B" MODULE WHERE THEY HAVE AERFLOW CELLS FOR "PROTECTIVE CUSTODY" INMATES & INSTEAD HE MADE THE DECISION TO PUT ME ON A MODULE WHERE HE KNEW I'D BE ASSAULTED AGAIN. THESE DEPUTYS HAVE TRIED TO BULLY ME AGAIN & AGAIN INTO SUBMISSION. I WILL NOT BE SILENCED!

## SGT DUGAN

(III, CONTINUED STATEMENT OF COMPLAINT/ADD ON AMEND COMPLAINT)
SGT DUGAN EMPLOYEE #82789 TRIED TO STATE IN HIS RESPONSE TO MY GRIEVANCE DATED 7/7/2025 THAT, "I'M SORRY YOU WERE INJURED (REFERRING TO MY COMPLAINT ON HIS DEPUTYS AT M.D.F SETTING ME UP, PLACING ME IN INMATE "STARKS" CELL TO BE ASSAULTED BY INMATE STARKS, WHICH RESULTED IN GBI, MY JAW WAS BROKEN & THE DEPUTY (TREGO) NEVER SO MUCH AS CAME INTO THE CELL TO ASSIST ME, HE SAT THERE & WATCHED "STARKS" ATTACK ME & THEN LET HIM WALK OUT!) IN AN INMATE ALTERCATION THEN WHY WAS I HOUSED ON "T" MODULE (YOU HAVE TO BE DICIPLINARY FREE FOR 90 DAYS TO BE ON "T" MODULE! THIS CRIME HAPPEN AGAINST ME ON EITHER 6/15/2025 OR 6/16/2025, I ARRIVED ON "T" MODULE ON 7/10/2025, THAT'S ONLY 24 DAYS, 66 DAYS SHORT OF THE REQUIRED 90 DAYS THATS MDF POLICY TO BE DISCIPLINARY FREE TO BE HOUSED ON "T" MODULE, IF WHAT THE SEARGENT IS SAYING IS TRUE, WHICH IT'S NOT) WHERE YOU HAVE TO BE AN EXAMPLIARE OF AN INMATE, SGT DUGAN THEN TOOK IT UPON HIMSELF TO COME OPEN MY CELL DOOR AT 11:00 PM ON "T" MODULE & STARTED RANTING & RAVING ABOUT "WHAT I WANTED TO HAPPEN REGARDING THE SITUATION & WHAT DID I THINK WAS GOING TO ACTUALLY HAPPEN", HE STARTED LAYING INTO ME ABOUT HOW I DIDN'T HAVE A LAWSUIT, HOW I COULDN'T WIN A LAWSUIT IF THAT WAS MY INTENTION, HOW NOBODY THERE AT MDF HAD ANY KIND OF GRUDGE TOWARD ME OR HOW NOBODY WAS CONSPIRING AGAINST ME, & REMEMBER IT'S 11 PM & ALL I COULD THINK WAS "WHY DOES SGT DUGAN HAVE HIS CAMERA TAKEN OFF OF HIS SHIRT?" HE TOOK HIS CAMERA OFF OF HIS SHIRT, THIS HAPPENED ON 7/14/2025 OR

Side Note: I want it documented Aswell, I recieved A couple Appeals Back that I turned In & Accompaning them was a strange peace of paper (yellow) that since removed take it off, I4 It was from seargent Dugan To an unkown source, It very clearly was suppose to be taken off But forgotten & left. It Said, "Please Make this Dude Stop – Dugan" But it was signed by him, wow! I've been Attacked twice badly, & He's sending Notes to someone Asking to shut Me up! wow!

Subpena from 7-14-25

Around 11pm At Night (Approximatley), He opened my Door, He Still had the Buell Attachment That Connects To the shirt that Holds the Camera, I4 my Celly Michael Moore Could see it, & He's being Very Combative, Very Aggressive, while laughing at me, Mockingly Asking "what you think you Can sue us!" very arrogant, I Just told him to please leave & He left. I want to Subpena the camera's from the Dayroom of T Module From those times to show SGT. Dugan Entering T Module & then when He walks to my Cell, I want to see if He took off His Camera After He entered T module & then Came to my cell or if it was Already off when SGT. Dugan Entered the Module, Either way it was pre-thought (pre meditated), Why would He take off His Body Camera off before Coming to speak to me? Body Camera's Are meant to be Worn, Thats the point of them being Issued, To take it off Can only Be to Hide an event, Situations, Conversations! no other reason! They are meant to be worn! He was very aggressive, mocking, He was trying to intimidate me, thats why He took the camera off! MDF Deputys Feel like they cant Be Held Accountable & there superiors Are Are Just As crooked as they are, No one has had the courage to stand up to them, because these Brutes who Intimidate By force & inmates fautter & Quit pursuing Justice, scared for there Lives, There well being, They had me Attacked on multiple Occasions, Trying to silence me, & its Just Ii Golive Against a Grant, But Here I am ready for Battle (Legally) & I will not be Silenced! I want Justice your honor.

Deputy Jaranczyk (Tk)                    pg 25
                                    Supporting Document

(ADD ON III: Statement of Complaints:)

On a unknown exact date in August 2025 Anthony Torres arrived on E module cell 22, upon seeing me He became excited as to we are friends & haven't seen each other since I was fired from T module, n Martinez Detention facility. I approached his cell to talk with him & He told Me about Deputy Jaranczyk speaking badly on me to himself & others. This sincerely Confused me because Ive never met this Deputy Before, But I know Anthony has no reason to lie to me & since Ive been here at MDF Ive been the target of Many Deputys, Ive been Assaulted severly bad on multiple occasions & Have been Robbed & treated so poorly on so many occasions Having my Constitutional Rights Violated time & time again that its Dumbfounding!! Deputy Jaranczyk was calling me a "piece of shit"! Telling Torres that he would not want to end up having to live with a "piece of shit like me (like Justin Russo). Im submitting this as evidence because it goes to show how far the Corruption goes with these so called "Sworn peace officers", it shows there level of proffessionalism, & there Characters! Is it ethical to Call Someone A piece of shit? Is that the Job duties of A peace officer? If these Deputy's that Ive Never Met in my life Are Calling me a piece of shit then how Are they Coming to Call me these vulgar words, if Ive never met them? The only Conclusion Can be that there hearing this from there peers! There fellow Collegues!! So when these Seargents Are Coming forward & telling me (Seargent Ryan) that theres no Conspiracy against me & no one's After me, then what would you know it, Deputy's Ive never met Are Calling me a "piece of shit"! why? This goes to show the Maturity level of these De & How deep the corruption or there Integrity is! else Are they Capable of ALOT!! Im the victim of The

Supporting Document

(Added III Statement of Claim:)
Medical:

On August 2nd I was Attacked & had my jaw re-broke, I Reported it to Medical & they personally verified the fracture & then they sent me out to John Muir hospital in Concord & John-Muir hospital Aswell verified my fracture (my new fracture). Its Now September 7th, yesterday (9-6-25) was the First time they've attempted to take me to my oral surgeon to have my jaw Fixed!!. A Month & 5 days later!! So I refused! I will not go through the terror & pain that I went through the last time I had my jaw wired shut & Allowed M.D.f. Medical to afford me the after care I needed, I went through so Much pain! So much malnutrition, I was Starved! literally! I was left with metal protruding through my teeth/gums/lips, With blood everywhere! So much pain & hunger I could never imagine Allowing MDf or WCDf medical to take care of me with the after Treatment of this severeness of Injury!! I literally thought I was gonna die from not being fed! They didn't feed me on one occasion for 6 days! Its Insane So I'm forced to live with my jaw re-fractured & left in pain, my Bite is so far off now its hard to eat Correctly! my teeth are hitting Awkwardly on top of each other, my jaw is in So much pain All day long its unbearable, but I Cant go at Medical & Ask for help because I Cannot trust them to be Genuine in wanting to help me. last time they only made it worse & never treated me Correctly! They only hurt me!!!

Aswell the medical treatment I've recieved through This whole situation with my Jaw being broken, with treatment for that within Itself & Also with being fed with my mouth wired Shut has been anything but adequate, Falling severly under the Stipulations that were set by the court per young v. County of Contra Costa, Case # (5:20-CV-6848-NC). The court Made it clear & Consice that they be made aware if Any such Cases occur where a inmate is treated Inadequatly per medical treament.

Aswell the fracture was replaced by Myself & verified by MDF within a week of the fracture (on Aug 6th) Immediatly Aug 3rd & the very next day (August 7th) I was sent by medical MDF to John Nuir hospital & they verified the Re-fracture, so it took MDF & WCDF A whole's Month to tim have my Jaw fixed After it was diagnosed! & this is on the 2nd time It was fractured. I hope the court Can see the Neglect this Institution shows when treating me from Injury.

W.C.D.F (11/8)
P.o. Box 96777
Las Vegas, N.V. 89193

**RECEIVED**

OCT 09 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Ronald v. Dellums federal Building
& United States Courthouse
1301 Clay street     Suite#400s
Oakland Ca. 94612

Justin Russo
Justin Russo

10/03/25     LEGAL MAIL

Documented

Confidential



FSC MIX Envelope FSC® C137131

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2022



Df (I.T.S)
Box 96777
egas, NV. 89193

**RECEIVED**

OCT 09 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Ronald V. Dellums federal
Building & United State Court house
1301 Clay street   Suite #400s
Oakland, CA. 94612

Confidential Legal mail

10-01-25

Justin Russo

77 pages enclose

Documented